IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT L. MITCHELL,

    Plaintiff,

vs.

MICHAEL J. HENSHAW, *Individually and in his capacity as Saline County State's Attorney*,

    Defendant.

Case No. 13-cv-405-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Michael J. Henshaw, and against plaintiff Robert L. Mitchell,

NANCY J. ROSENSTENGEL

s/Brenda K. Lowe
Deputy Clerk

**DATED:** August 5, 2013

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**